651 A.2d 524

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Bernard SACKS, Respondent.**

**No. 80 Disciplinary Docket No. 3.
Disciplinary Board No. 102 DB 94.**

Supreme Court of Pennsylvania.

Oct. 28, 1994.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of October, 1994, there having been filed with this Court by Bernard Sacks his verified Statement of Resignation dated October 2, 1994, stating that

he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Bernard Sacks be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.